# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

# DOCUMENT COVER SHEET

PLACE BAR CODE BELOW

*300CV00504/1*

DATE: 07/03/00 DEPUTY CLERK: BW

United State District Court
middle District of Louisiana

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
00 JUL -3 PM 3:09
SIGN [signature]
by DEPUTY CLERK

Robert Johnson Sr. #293212
Cp-J. Alligator 2-L-13
La. state penitentiary
Angola, La. 70712, 9813

Case #00-504-D-M3
Division Brady
Date ______________

______________
Deputy Clerk of Court

-Versus-

Cpt. Joe Turner, Lt. Eddie Veal, Lt. Beaubeth,
Lt. Cleveland mills    warden Doug Barrett

Temporary Restraining order and/or preliminary Injunction.

Plaintiff, Robert Johnson #293212, pursuant to rule 65, F.R.C.P. Request this Court to grant him a temporary restraining order and/or preliminary injunction directing defendants, Joe Turner Eddie Veal Lt. Beaubeth Lt. Cleveland mills, worrden, Doug Darrett of Camp J. Louisiana State penitentiary to.

1) Refrain from verbal harressment
2) Return all Confiscated legal material taken June 17, 2000, #1,30p. at the request of Eddie Veal
3) Refrain from threat of bodily Harm, and intimidation

[signature] Robert Johnson Jr. #29321

Robert Johnson Jr. #293212
Cp-J- gtr. 2-L-13
La. State penitentiary
Angola, La. 70712

In a Seperated Issue Lt. Eddie Veal Signed the plaintiff pill Chart and refused to give plaintiff the medication plaintiff filed an administrative Remedy And immediately after Lt. Veal began to harrasse plaintiff, first verbally starting April, 2000, Lt. Beaubeth, and U. C. mills Shuck down plaintiff Cell in Search of A.R.P. or paper detailing A.R.P. Against Lt. Veal. None was found.

Later during the month of June, after plaintiff's Continuous petition of ms. Dora Rabalais, of Legal programs, the A.R.P. file in march of 2000, was except after over 90 days had passed, 85 days more than the Statue Recommends nonetheless warden Doug Darrett approach the plaintiff's Cell, on gator 2-L-13 informing him that He should drop the A.R.P. Against Joe Tenlen and the one against Eddie Veal (and Company) Again I Refused then the warden told me that I'm making this hard on my self.

June 17, 2000, 9:30 pm, Lt. E. Veal Came to plaintiff Cell And had Removed all of plaintiff's Legal material, Clothing And personal belonging, then told Sgt. Tyrel Lachenly to write ~~my~~ him up. for Contraband, Sgt. LaCheney written me up. for Rule violation #22 theft. And I was sentence to 15 day Cell Confinement And told that the sentence was suspended. yet None of my property has been Returned, no-legal, no personel.

To day is June 27, 2000.

June 26. 2000 9:00 Am Lt. Bulue Approached my Cell gtr-2-L-. with Some papers, stating "are you ready to drop these. I Responded no.

June 26. 9.10. Am Cpt Turner Came to my Cell and stated before its over you want file another A.R.P."- 9:13 Am. June 26. 2000, Sgt. Norwood Approached my Cell, stating that "I hope you know what you are getting into.

June 27. 3:59 pm, Joe Turner, and Lt. Bulue Came to my Cell Lt. Bulue ask "what you want to do- drop the A.R.P." Turner then stated what you wrote me up for I've not had the Chance to Read it yet, Come on lets talk about, plaintiff then stated, "I dont know you'll have to Read it." Turner and Lt. Bulue then Left But Before that had fully past Turner stated "write him up hold him back here until he want to talk"- mr. Turner had failed to realise that my Cell is bare, I only have one Sheet and one pair of under ware.

The plaintiff herein is in fear of his welfare, but not only so, the above defendants retention of plaintiff property Both legal and personel, is delaying plaintiff's filing with the Criminal Courts And Communication with family.

If the defendant lose or destroy the legal material plaintiff will be subjected to months of further delay and enormous amount of work while he reconstruct them and plaintiff will be under an enormous amount of mental strain worring About when the official will attack, and whether or not He will be barred from the Criminal Court for failure to Respond.

# Argument

## (1) plaintiff is entitled to a temporary restraining order directing defendants to return legal material

A Litigant may be granted a temporary Restraining order (TRO) by a federal Court upon a Showing that the plaintiff is in dager of immediate and irrepairable injury that the adverse party will Not be substantially harmed if a TRO is granted, that the TRO is Consistent with the public interest, And that the plaintiff has A Strong likelihood of success in a Civil action Complaint And by balancing probability And the magnitude of Risk against the utility of things, Farr V mont. ward 430 So. 2d. 1141, (writ Denied) 435 So. 2d. 429. (1st Cir. App. 1983) murphy V. Society et. Al. 388 F. Supp. 1046, 1049.

plaintiff is Entitled to TRO under these Standard

(A.) IRReparable InJury.

The Loss of Constitutional Rights even for that short period of time that ~~Constitutional~~ Constitute irrepariable injury and that. Every man has an inalienable Right to be protected from assault and bodily harm. Kennedy V. Item Co. 213 La. 347 So. 2d. 986. (1948)

The depriviation of plaintiff Legal material Clear violates the Constitution along side of the Continuous harressement By all of the defendants here in. Every day that passes, that the defendant Retain the plaintiff's legal material the plaintiff is delayed in filing his Challenge to his Criminal Conviction And every day increase the Risk that the defendant will lose or destroy the material.

(B) Absence of Harm to Adverse party

The defendants have no legitimate intrest in keeping plaintiff Legal material and personell belongings. or in delaying the filing of his Criminal Case thus there will not be harm to the defendant from the (TRO)

(C) public Intrest

The public intrest is best Served when all persons including prisoners enjoy ~~unimport~~ unimpariable to access to the Court. La. ~~Const~~ Constitution of 1974 Article 1 Section 1, 2, 3, 4. and 22

Plaintiff's likelihood of winning on final Judgement in the issue of his legal papers is overwhelming. prisoners right to petition the Court, to prepare legal papers. for this purpose and to be free from Confiscation and of threats and violence or Retailiation is well Establish and to be unquestionable. Johnson v. Avery 393 U.S. 483. 490. (1969) Benzed v. Grammar 869 F. 2d. 1105-1409, (8th cir)

And in pursuant to La. R.S. 15:117.1 (B) amend in 1989 under act no. 463 speak of no Retailiation

Therefore plaintiff Contend that is this Court find that the restrainging order should not be granted it should therein grant the preliminary injunctive after notice to the defendants stated here in.

A preliminary injunction may be granted on consideration of the same aformention factors. stated above.

wherefore the Court should grant a temporary Restraining order or in the Alternative a preliminary injunction directing defendants to return his legal and personel Belongs, forthwith and strain from any more harresment.

Robert Johnson Jr. #2532
Robert Johnson
Cp. gtr. 2-L-13
La. State penitentiary
Angola La. 70712.

Done this 27th day of June 2000, AD

United States District Court
Middle District of Louisiana

Robert Johnson #293212
— Versus -
Joe Turner, Et Al

Civil #______
Division______
Date Filed______

S/____________
Deputy Clerk of Court

Affidavit in Support

I Robert Johnson, make this affidavit in Support of my motion for TRO/preliminary injunction Request.

on June 17. 2000, all my legal and personel material was Confiscated By Lt. Eddie Veal, in direct Retailiation for the use of the Administrative Remedy Procedure here at L.S.P.

These legal materials have not been Returned and from what I've been told, By Lt. Bulue, Sergeant Neuiller, it want Be any time Soon,

as of late I've been threatend and Continious harressed by the above listed defendant the lasest by Cpt Joe Turner. June 27. 2000, 3.59. pm.

wherefore should the Court grant a TRO/ preliminary inJunction

Requiring defendants to return Legal and personell material and Reframe from harrasment and verbal abuse, Justice will be Served.

I declare under penalty of perjury the fore going is true and Correct.

Robert Johnson

Signed this 27th day of June, 2000,

Robert Johnson # 293212
Cp-J. Gator-2-L-13
La. State penitentiary
Angola, La. 70712.